# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00749-CR

**Daniel Aguilar, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT
### NO. 00-097, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

**PER CURIAM**

On October 20, 2000, Daniel Aguilar perfected this appeal from a judgment of conviction for indecency with a child. On December 19, 2000, appellant filed a written waiver of appeal signed by appellant, his attorney, and the trial judge. This document reflects a knowing and voluntary waiver of the right to appeal. We construe this waiver as a withdrawal of the notice of appeal. *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   March 8, 2001

Do Not Publish